# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-12-00076-CV

**John Rady, As Assignee, Appellant**

**v.**

**Wells Fargo Bank, N.A., Appellee**

**FROM THE COUNTY COURT AT LAW NO. 1 OF TRAVIS COUNTY,
NO. C-1-CV-11-009407, HONORABLE J. DAVID PHILLIPS, JUDGE PRESIDING**

## M E M O R A N D U M   O P I N I O N

On July 30, 2012, this Court sent notice to appellant John Rady that his brief was due on June 15, 2012, and notified him that his appeal would be dismissed for want of prosecution if he did not respond to this Court by August 9, 2012. To date, appellant has not responded to this Court's notice. Accordingly, we dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b), (c).

_____

Melissa Goodwin, Justice

Before Chief Justice Jones, Justices Rose and Goodwin

Dismissed for Want of Prosecution

Filed: September 7, 2012